UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY PEDEN; BRUNO BERRY,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE BERNARD, et al.,<br><br>Defendants. | No. 2:23-cv-0524-TLN-DB<br><br><br><br>**ORDER** |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 10, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and Plaintiff has filed objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 10, 2023 (ECF No. 3) are ADOPTED IN FULL;
2. Plaintiff's March 20, 2023 complaint (ECF No. 1) is DISMISSED without leave to amend;
3. Plaintiff's March 20, 2023 application to proceed in forma pauperis (ECF No. 2) is DENIED; and
4. The Clerk of Court is directed to close this case.

Date: September 1, 2023

_____
Troy L. Nunley
United States District Judge